Filing # 240174186 E-Filed 01/23/2026 03:30:41 PM

|  | IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT IN AND FOR MANATEE COUNTY, FLORIDA |

SHONDAIA LINDSEY,

      Plaintiff,

v.

CASE NO.: 2025-CA-001267AX

PHILLIP STEPHEN HARRIS and CABULL-LINK, INC.,

      Defendants.

_____/

## NOTICE OF FILING REMOVAL TO FEDERAL COURT

COMES NOW Defendants, PHILLIP STEPHEN HARRIS and CABULL-LINK, INC., by and through undersigned counsel, hereby files this Notice of Filing its Notice of Removal which has been filed in the United States District Court, Middle District of Florida.

CASE NO.: 2025-CA-001267AX

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 23rd of January, 2026, a true and correct copy of the foregoing was filed with the Clerk of County by using the Florida Courts e-Filing Portal, which will send an automatic e-mail message to the following parties registered with the e-Filing Portal system:John C. Distasio The Florida Law Group 407 N. Howard Avenue, Unit 100 Tampa, FL 33606 e-mail: john@floridalawgroup.org; steverawls@floridalawgroup.org; ashleigh@floridalawgroup.org;service@floridalawgroup.org Counsel for Plaintiff Shondaia Lindsey.

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendants PHILLIP STEPHEN HARRIS and CABULL-LINK, INC.*
500 N. Westshore Boulevard, Suite 700
Tampa, Florida 33609
Telephone 813-771-0857
Facsimile 813-286-2900
Primary e-mail: howard.scholl@csklegal.com
Secondary e-mail:
yeneysi.rodriguez@csklegal.com
Alternative e-mail: heather.akridge@csklegal.com

By:  */s/ Yeneysi C. Rodriguez*
YENEYSI C. RODRIGUEZ
Florida Bar No.: 1044465
HOWARD L. SCHOLL
Florida Bar No.: 660604